# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ANGIE T. EDGEWORTH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  CV 10-S-599-S |
| | ) |
| **AVIZENT RISK/FRANK GATES** | ) |
| **COMPANIES,** | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

This case is before the court on defendant's motion to dismiss for failure to prosecute (doc. no. 11).  On October 29, 2010, plaintiff was ordered to show cause why the motion to dismiss should not be granted.  Plaintiff failed to respond to that order.  On November 12, 2010, the magistrate judge entered his report and recommendation (doc. no. 12), recommending that the motion to dismiss be granted and the case dismissed.  No objections have been filed.

Upon consideration, the court ADOPTS the report of the magistrate judge and ACCEPTS his recommendation.  Accordingly, defendant's motion to dismiss for failure to prosecute is GRANTED, and this case is DISMISSED without prejudice.  Costs are taxed to plaintiff.  The clerk is directed to close this file.

DONE and ORDERED this 7th day of December, 2010.

_____
United States District Judge